UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICO HAIRSTON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 2:16-cv-55
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On July 20, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 8] recommending that the Court grant Defendant's Motion to Dismiss [ECF No. 5] due to Plaintiff's failure to effect proper service under Federal Rule of Civil Procedure 4(i). The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation [ECF No. 8] is **ADOPTED,** and for the reasons set forth in that document, Defendant's Motion to Dismiss [ECF No. 5] is **GRANTED**. Plaintiff's claims are **DISMISSED,** without prejudice, for failure to timely effect proper service of process.

      IT IS SO ORDERED.

\_\_8-12-2016_____                   _____
DATE                                                EDMUND A. SARGUS, JR.
                                                    CHIEF UNITED STATES DISTRICT JUDGE